UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT SIMON, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**REPUBLIC OF IRAQ, et al.,**<br><br>　　　　　**Defendants.** | **Civil Action 03-00691 (HHK)** |

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 7th day of September 2006, hereby

**ORDERED** and **ADJUDGED** that the complaint in this case is **DISMISSED**; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P 54(b), this judgment is a final judgment, there being no just reason for delay.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge